FILED' 10 FEB 09 15:03 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re: Request for Exemption from
Electronic Public Access Fees (PACER),
by Pacific Environmental Advocacy Center

Misc. Case No.: 3:02-mc-0006

### ORDER GRANTING REQUEST FOR EXEMPTION

Upon application and request by the Pacific Environmental Advocacy Center for exemption from the electronic public access fees,

The court finds that Pacific Environmental Advocacy Center has met the standards for exemption as defined in the Department of Commerce, Justice and State, the Judiciary and Related Agencies Appropriations Act P.L. 101-515 §404 (November 5, 1990).

It is ORDERED that the Pacific Environmental Advocacy Center is exempt from fees and charges incurred for electronic access to court electronic records for a period of twelve months from the date of this order. Data, dockets, reports, and documents obtained by Pacific Environmental Advocacy Center using an exempt fee account will not be sold for profit, transferred, or otherwise provided to third parties.

DATED this ____8____ day of February, 2010.

_____
Ann Aiken, Chief, U.S. District Court Judge

cc: Pacific Environmental Advocacy Center
    PACER Service Center
    File



RECVD '10 FEB 04 16:40 USDC-ORP

10015 SW Terwilliger Blvd
Portland, OR 97219
*phone* (503) 768-6600
*fax* (503) 768-6642
*email* peac@clark.edu
*website* www.peaclaw.org

February 1st, 2010

Ms. Mary Moran
Clerk of Court
United States District Court, District of Oregon
740 U.S Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

Re: Fee Exemption renewal for PACER account number PE0217

Dear Ms. McConnell:

I am writing to request that the Court renew the PACER fee exemption for the Pacific Environmental Advocacy Center (PEAC). PEAC is the environmental law clinic at Lewis and Clark Law School. PEAC's primary purpose is to provide opportunities for law students to gain real-world legal experience in environmental law while serving the needs of clients that might otherwise not have access to legal counsel. As part of the law school, PEAC is a not-for-profit organization pursuant to section 501(c)(3) of the Internal Revenue Service Code. PEAC does not charge its clients fees for legal services.

PEAC must secure the majority of its funding for operating expenses from foundation grants, donations, and statutorily authorized fee recoveries. Accordingly, a renewed exemption from PACER fees will help insure that PEAC can continue to fulfill its educational and representational missions.

If you have questions or concerns regarding this request, please contact me at (503) 768-6707 or via e-mail at rohlf@lclark.edu.

Thanks for your consideration of our request.

Sincerely,

Daniel J. Rohlf
PEAC Director