FILED '10 FEB 04 15:54 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

In re: Request for Exemption from Electronic Public
Access Fees (PACER), by Legal Aid Services of Oregon        Case No.: 3:02-mc-006

## ORDER GRANTING REQUEST FOR EXEMPTION

Upon application and request by Legal Aid Services of Oregon for exemption from the electronic public access fees,

The court finds that Legal Aid Services of Oregon has met the standards for exemption as defined in the Department of Commerce, Justice and State, the Judiciary and Related Agencies Appropriations Act P.L. 101-515 §404 (November 5, 1990).

It is ORDERED that Legal Aid Services of Oregon is exempt from fees and charges incurred for electronic access to court electronic records for a period of 12 months from the date of this order. Data, dockets, reports and documents obtained by Legal Aid Services of Oregon using an exempt fee account will not be sold for profit, transferred, or otherwise provided to third parties.

DATED this _____ day of February, 2010.

_____
Ann Aiken, Chief U.S. District Court Judge

cc: Legal Aid Services of Oregon
    PACER Service Center
    File

# Legal Aid Services of Oregon

Central Administrative Office

921 SW Washington, Suite 570     Portland, Oregon 97205     (503) 224-4094     FAX:(503) 417-0147

January 22, 2010

Mary L. Moran
Clerk of Court
United States District Court
District of Oregon
1000 SW Third Avenue
Portland, Oregon 97204

RE:   Public Access to Court Electronic Access (PACER) Exempt Status
      District of Oregon Case No: 3:02-me-006

I am writing in response to your letter of January 12, 2010 regarding the exemption for PACER fees that was granted to Legal Aid Services of Oregon in March of 2009 We understand that our exempt status will expire on March 2, 2010.

In accordance with your letter and the court's policy, we request continued exemption for PACER fees for our program. As you may know, Legal Aid Services of Oregon is a 501(c)(3) non profit corporation that provides legal assistance to low-income Oregonians that meet income and other eligibility criteria. Enclosed is a copy of our IRS letter that confirms our tax-exempt status.

The exemption for PACER fees has been very helpful for our program. Please contact me if you need additional information regarding our request.

Thank you very much.

Very truly yours,

*Aleta E. Doerr*
Aleta Doerr
Director of Administration

Internal Revenue Service
P.O. Box 2508
Cincinnati, Ohio 45201

Department of the Treasury

Date: APR 17 2008

Legal Aid Services of Oregon, Inc.
921 SW Washington St., Suite 570
Portland, OR 97205-2831

Person to Contact - ID#:
   Sherri Royce - 31-08660
Contact Telephone Numbers:
   877-829-5500    Phone
Federal Identification Number:
   93-0635480

Dear Sir or Madam:

By our determination dated February, 1975, you were held to be exempt from Federal Income Tax under the provisions of section 501(c)(3) of the Internal Revenue Code.

You recently furnished us information that the Marion-Polk Legal Aid Service, Inc. merged with Legal Aid Services of Oregon on January 1, 2006. Based on the information submitted, we have determined that the merger does not affect your exempt status. The organization will continue using Employer Identification Number 93-0635480 and the name is Legal Aid Services of Oregon, Inc.

Please let us know about any further changes in your character, purposes, method of operation, name or address.

If you have any questions regarding this matter, please contact the person whose name and telephone number appear in the heading of this letter.

Sincerely,

Robert Choi
Director, Exempt Organizations
Rulings and Agreements

RECEIVED
APR 21 2008
BY: