UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In Re: Application for Exemption from
the Electronic Public Access Fees (PACER)
by Earthrise Law Center

Misc. Case No.:   3:02-mc-0006

### ORDER GRANTING REQUEST FOR EXEMPTION

This matter is before the Court upon the application and request by **Earthrise Law Center, associated with Lewis and Clark Law School,** for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that **Earthrise Law Center, associated with Lewis and Clark Law School,** falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, **Earthrise Law Center** has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, **Earthrise Law Center** shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court. Additionally, the following limitations apply:

1. this fee exemption applies only to **Earthrise Law Center** and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
3. by accepting this exemption, **Earthrise Law Center** agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. **Earthrise Law Center** is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases; and
5. this exemption is valid for a period of **twelve months beginning February 23, 2015.**

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

DATED this 6th day of February, 2015.

_____
Ann Aiken, Chief U.S. District Court Judge

cc:   Earthrise Law Center
      PACER Service Center
      File